IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIANG DIANG DONG** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **IMMIGRATION NATURALIZATION SERVICE** | : | |
| | : | |
| Respondent. | : | NO. 02-4565 |

**O R D E R**

AND NOW, this 12th day of July, 2002, upon consideration of the *pro se* Petition of Jiang Diang Dong for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Declaratory and Injunctive Relief, the said Writ having been filed on July 9, 2002, **IT IS ORDERED** that, on or before July 26, 2002, the Government shall file and serve (a) its response to the *pro se* Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief and (b) a status report covering deportation or removal of petitioner. If additional time is required, it should be requested by letter to the Court (Chambers, Room 12613) on or before July 26, 2002. One (1) copy of the Government's response to the Petition and status report shall be served on the Court (Chambers, Room 12613) when the originals are filed.

BY THE COURT:

_____
JAN E. DUBOIS, J.