IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIANG DIANG DONG | : | |
| Petitioner, | : | CIVIL ACTION NO.02-4565 |
| vs. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, et al. | : | |
| Respondents. | : | |

ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

 

STEPHEN J. BRITT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8443

Dated: July 15, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Jiang Diang Dong
>Montgomery County Correctional Facility
>60 Eagleville Road
>Norristown, PA 19403
>
>Pro se

                              STEPHEN J. BRITT
                              Assistant United States Attorney

Dated: July 15, 2002