U.S. Department of Justice
Immigration and Naturalization Service

# Final Administrative Removal Order

**FINAL ADMINISTRATIVE REMOVAL ORDER
UNDER SECTION 238A(b) OF THE
IMMIGRATION AND NATIONALITY ACT**

File No: A77 627 392

Date: 8-8-00

To: Jiang Diang DONG a/k/a Fei CHAN

Address: c/o FCI Schuylkill        P.O. Box 700, Minersville        PA    17954
(Number, street, city state and ZIP code)

Telephone: _____
(Area code and phone number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Immigration and Naturalization Service, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction of an aggravated felony as defined in section 101(a)(43) of the Act, 8 U.S.C. 1101(a)(43), and are ineligible for any relief from removal that the Attorney General may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in the Attorney General and in me as the Attorney General's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to
_the People's Republic of China_  or to any alternate country prescribed in section 241 of the Act.

Charles W. Zemski
~~M. Frances Holmes~~
(Signature of Authorized INS Official)
Acting District Director
(Title of official)
Philadelphia, PA on    8-8-00
(Date and office location)

Petition for review: ☐ Waived by respondent.
                    ☐ Reserved by respondent.

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

8-23-00, 17:30, Philadelphia Dist. Ofc., by mail, w/ attachment
(Date, time, place and manner of service)

_____, S.A.
(Signature and title of officer)

Form I-851A (Rev. 4/1/97)N

Attachment to Final Administrative Removal Order (I-851A)

Re: Jiang Diang DONG a/k/a Fei CHAN
   A# 77 627 392

I have considered all the information related to the Administrative Removal Proceedings in your case. You have not submitted any written response to the Notice of Intent to Issue a Final Administrative Removal Order within the time required. The Notice of Intent was personally service on April 21, 2000 at FCI Schuylkill, and your response was due within ten (10) calendar days of service (thirteen [13] by mail).

I find that your alienage, conviction of an aggravated felony, and deportability are supported by clear, convincing and unequivocal evidence. I also find that you are not a lawful permanent resident of the United States, and that you are not *prima facia* eligible for relief under the Immigration and Nationality Act.

Therefore, the decision on the Administrative Removal Order is final.