IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIANG DIANG DONG** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **IMMIGRATION and NATURALIZATION** | : | |
| **SERVICE** | : | |
| Respondent. | : | NO. 02-4565 |

## O R D E R

**AND NOW**, this 14th day of March, 2003, **IT IS ORDERED** that on or before March 21, 2003, the Government shall file and serve a status report with respect to removal of petitioner to China and the need for further proceedings in this case. One (1) copy of the status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**