

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

sjbritt
*Direct Dial: (215) 861-8443*
*Facsimile:   (215) 861-8642*
*e-mail: steve.britt@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 18, 2003

Honorable Jan E. DuBois
Judge, United States District Court
12613 United States Courthouse
601 Market Street
Philadelphia PA          19106-1766

    *in re Dong v. INS*
    No. 2:02-CV-04565-JED

Dear Judge DuBois:

    This responds to the Court's order dated March 17, 2003. Kindly note that petitioner Dong was removed from the United States through San Francisco, California on February 1, 2003. Because his petition for a writ of habeas corpus challenged his detention only, the case no longer presents a controversy.

                    Respectfully,

                    PATRICK L. MEEHAN
                    United States Attorney

                    _____
                    STEPHEN J. BRITT
                    Assistant United States Attorney