IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIANG DIANG DONG** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **IMMIGRATION and NATURALIZATION SERVICE** | : | |
| | : | |
| Respondent. | : | NO. 02-4565 |

### O R D E R

**AND NOW**, this 19th day of March, 2003, upon consideration of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 and Declaratory and Injunctive Relief (Doc. Number 1 filed July 9, 2002), and the Government's Response to Petition for Writ of Habeas Corpus, and the Government having reported by letter dated March 18, 2003 that Petitioner, Jiang Diang Dong, was removed from the United Sates through San Francisco, California, on February 1, 2003,[1] and the Court noting from the petition that the Petitioner challenged only his detention, and the Court concluding that the case is now moot in view of Petitioner's removal from the United States, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief filed by Jiang Diang Dong is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the case **CLOSED FOR STATISTICAL PURPOSES.**

BY THE COURT:

_____
**JAN E. DUBOIS, J.**

---

[1] A copy of the March 18, 2003 letter shall be docketed.

Case 2:02-cv-04565-JD    Document 7    Filed 03/19/2003    Page 2 of 2